### SOUTHERN RAILWAY COMPANY *v.* JAMES.

SIMMONS, C. J. Whether a case will be reinstated after nonsuit is a matter within the discretion of the trial judge, and, where he reinstates the case, his discretion will not be interfered with unless manifestly abused. *Central. R. Co.* v. *Folds,* 86 *Ga.* 42.

*Judgment affirmed. All the Justices concurring.*

Argued October 18, — Decided November 9, 1901.

Action for damages. Before Judge Reece. City court of Floyd county. April 24, 1901.

*Shumate & Maddox,* and *Harris, Chamlee & Harris,* for plaintiff in error. *Dean & Dean, W. H. Ennis,* and *Seaborn Wright,* contra.